**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENYA GOUGH,

     Plaintiff,

v.                                       Case No. 13-11717

CITY OF DETROIT and JOHN DOES,

     Defendants.

_____/

**ORDER RE-SCHEDULING CONFERENCE**

During a June 5, 2013, conference, the parties agreed to suspend the deadlines in this action while Defendant searched its records for a warrant permitting a police search that Plaintiff alleges was unlawful. The parties were told during the conference that they would update the court on Defendant's search for the search warrant during a telephone conference the last week of June. On June 19 the court announced the new conference's date, June 26, and time, 11:30 a.m., both on the docket and in an email to counsel. On June 26, at 11:30 a.m., the court's staff called the phone number Defendant's counsel placed on the docket, the phone number of counsel's assistant, and the phone number of counsel's supervisor; the caller met sometimes a voice mail, sometimes mere ringing, and sometimes an employee, but always a machine or a person unable to find or speak to the whereabouts of Defendant's counsel.

Accordingly,

IT IS ORDERED that the conference is converted to an in-person conference and re-scheduled for **July 11, 2013, at 11:00 a.m.**  Defendant's counsel should be prepared to address her and her office's elusiveness on the 26th.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  June 27, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2013, by electronic and/or ordinary mail.

 s/Carolyn Ciesla for Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

C:\Users\ciesla\Desktop\Cleland\13-11717.GOUGH.reschedule.ckb.wpd